UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In the Matter of: | ) | |
| | ) | |
| BRIDGEPORT HOLDINGS, INC., et al., | ) | Chapter 11 |
| | ) | Case No. 03-12825 (PJW) |
| Debtors. | ) | |
| _____ | ) | |
| | ) | |
| KEITH F. COOPER, As Liquidating | ) | |
| Trustee Of The Bridgeport Holdings Inc. | ) | |
| Liquidating Trust, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv.Pro.No. 05-50064 (PJW) |
| | ) | |
| TECH DATA CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**DEFENDANT TECH DATA CORPORATION'S
MOTION TO DISMISS COMPLAINT PURSUANT TO
RULES 12(b)(1), (b)(6) AND (h)(3) OF THE FEDERAL RULES
OF CIVIL PROCEDURE AND RULE 7012 OF THE
FEDERAL RULES OF BANKRUPTCY PROCEDURE**

TECH DATA CORPORATION, the Defendant and movant herein ("Tech Data" or the "Defendant"), by and through its undersigned counsel, as and for its Motion to Dismiss Complaint pursuant to Rules 12(b)(1) and (b)(b) and (h)(3) of the Federal Rules of Civil Procedure (the "Rules") and Rule 7012 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), respectfully states as follows:

The claim asserted by Keith F. Cooper, as Liquidating Trustee of the Bridgeport Holdings, Inc. Liquidating Trust, the Plaintiff herein (the "Plaintiff") against Tech Data for the avoidance of preferential transfers pursuant to Section 547(b) of the Bankruptcy Code is

{N0518860_1}

jurisdictionally barred. The prosecution of any avoidance claims held by the Plaintiff, the liquidating trust, or the estates of Bridgeport Holdings, Inc., et al., against Tech Data are discharged and released by virtue of the confirmation of the Official Committee of Unsecured Creditors' First Amended Plan of Distribution (the "Plan") for Bridgeport Holdings Inc. and its Debtor Affiliates (the "Debtors"), and the doctrine of *res judicata* precludes the litigation of the avoidance action at this or any other time. The Debtors' Plan and related Disclosure Statement, as amended and confirmed by the Court, and all other pleadings in connection with the Plan confirmation process for the Debtors fail to expressly and specifically identify the avoidance action to be brought against Tech Data, and fail to reserve the right to pursue any avoidance cause of action against Tech Data.

The Court's retention of jurisdiction therefore does not extend to the causes being pled in the captioned adversary proceeding. Accordingly, Tech Data respectfully moves the Court pursuant to Rules (12)(b)(1) and (h)(3) to dismiss the Complaint due to the lack of subject matter jurisdiction.

Tech Data further moves to dismiss the Complaint for failure to state a claim upon which relief may be granted, pursuant to Rule 12(b)(6). The Plaintiff fails to identify the alleged transferor debtor for each of the alleged avoidable transfers. As the Plaintiff has pled in his Complaint that "[t]he Debtors' chapter 11 cases were consolidated for procedural purposes only" the bankruptcy estates are not substantively consolidated. Tech Data therefore respectfully submits that the proofs for avoidance of the alleged transfers must be pled with respect to each individual transferor debtor.

Statement Pursuant to Bankruptcy Rule 7012(b)

Tech Data does not presently consent to the entry of final orders or judgments by the bankruptcy court for any issues that are determined to be "non-core" within the meaning of 28 U.S.C. §157(b).

WHEREFORE, Tech Data Corporation respectfully requests that the Court enter an Order granting the instant Motion and dismissing the Complaint, with prejudice against re-filing.

Dated: February 14, 2005

                                          Respectfully submitted,

                                          DRINKER BIDDLE & REATH LLP

                                          /s/ Andrew J. Flame
                                          Andrew J. Flame (DE 4398)
                                          Howard A. Cohen (DE 4082)
                                          1100 N. Market Street, Suite 1000
                                          Wilmington, DE 19801
                                          Telephone:  (302) 467-4200
                                          Facsimile:  (302) 467-4201

                                          And

                                          ADORNO & YOSS, LLP
                                          Charles M. Tatelbaum
                                          Stephen C. Hunt
                                          350 E. Las Olas Blvd., Ste. 1700
                                          Fort Lauderdale, FL 33301
                                          Telephone:  (954) 763-1200
                                          Facsimile:  (954) 766-7800

                                          Attorneys for Defendant and Movant,
                                          Tech Data Corporation